# CRIMINAL COMPLAINT
(Electronically Submitted)

| **United States District Court** | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Joe Martinez**<br>DOB: 1984; United States Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>24-01960MJ |
| Complaint for violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i). ||

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about April 29, 2024, in the District of Arizona, **Joe Martinez**, knowing and in reckless disregard of the fact that certain illegal aliens, to include Juan Bautista-Hernandez and Carlos Daniel Landeros-Gonzalez, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On April 29, 2024, in the District of Arizona (Three Points), Border Patrol Agents (BPAs) monitoring traffic from the Arizona Department of Transportation (ADOT) yard on State Route (SR) 86 were informed of a silver Audi that was observed traveling eastbound through the SR 86 immigration checkpoint. The vehicle was reported having a temporary license plate, registered to an address in Phoenix, Arizona, and was observed performing a quick turnaround heading westbound through the checkpoint onto the Tohono O'odham Nation, then back eastbound shortly after. BPAs pulled onto SR 86 eastbound and noticed a silver Audi turn into the Chevron gas station located at the intersection of SR 86 and SR 286. BPAs noted the gas station convenience store is closed at this time of night, but the gas pumps are still accessible. BPAs pulled into the parking lot and requested a registration check on the vehicle when they observed the driver, later identified as **Joe MARTINEZ**, exit his vehicle, walk to the store where he noticed it was closed, then walk back to his vehicle. Due to the lengthy wait for the registration check, BPAs decided to conduct a consensual encounter with the vehicle's occupants. BPAs approached the vehicle and observed **MARTINEZ** exit and open the hood of the vehicle. BPAs began talking to **MARTINEZ** who appeared nervous, and through the front window BPAs observed a female front seat passenger and two male subjects in the rear seats. BPAs asked **MARTINEZ** who the people in the vehicle were to which **MARTINEZ** stated it was his girlfriend and cousins. BPAs asked **MARTINEZ** for the names of the two subjects in the rear seats to which he stated something to the effect of Juan and Pablo, then proceeded to ask BPAs if they spoke Spanish. BPAs began talking to one of the subjects in the back seat and heard **MARTINEZ** telling him that they were cousins. BPAs then conducted an immigration inspection and the two rear seat passengers, identified as Juan Bautista-Hernandez and Carlos Daniel Landeros-Gonzalez, were determined to be citizens of Mexico, illegally present in the United States. Records checks revealed that Juan Bautista-Hernandez and Carlos Daniel Landeros-Gonzalez do not possess the proper documentation to enter, pass through or remain in the United States legally.
**Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Juan Bautista-Hernandez and Carlos Daniel Landeros-Gonzalez

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>*(signature)*<br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn by telephone _x_<br>SIGNATURE OF MAGISTRATE JUDGE[1]<br>*(signature)* | DATE<br>April 30, 2024 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing AUSA: Enderle

**Continued from front page.**                                                                    24-01960MJ

Material witness Juan Bautista-Hernandez stated he is a citizen of Mexico, and he was going to pay $7,000 to be smuggled into the United States. Bautista stated he illegally crossed into the United States with one other subject and got lost where they walked until they arrived at a road and waived down a random vehicle. Bautista stated the vehicle stopped next to them and they asked the driver for a ride to Phoenix, Arizona. Bautista stated the driver agreed to take them and they entered the vehicle and sat in the rear seats. Bautista stated the vehicle was driven by a male subject and he had a female front seat passenger. Bautista stated the driver drove away and stopped at a gas station where a BPA approached the vehicle and had a conversation with the driver, and they were arrested shortly after.

Material witness Carlos Daniel Landeros-Gonzalez stated he is a citizen of Mexico, and he was going to pay $6,000 to be smuggled into the United States. Landeros stated he illegally crossed into the United States with one other subject and they were guiding themselves using Google Maps. Landeros stated his group arrived at the load up location near a paved road after walking for several days and a grey four-door sedan arrived, and they both entered the vehicle and sat in the rear seats. Landeros stated the driver of the vehicle was a male subject and there was also a female subject in the front passenger seat. Landeros stated the driver drove erratically for about 20 minutes until he stopped at a gas station where a BPA approached them and had a conversation with the driver, and they were subsequently arrested.

After waiving his *Miranda* rights, **MARTINEZ** stated he drove from Phoenix to Sells, Arizona with his girlfriend, a man named Carlos, and an unidentified male subject to party. **MARTINEZ** stated he then drove back to Three Points, Arizona where he had a conversation with a Border Patrol Agent at a gas station and was arrested for human smuggling.