☒ FILED  ☐ LODGED
**May 14 2024**
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-24-02637-TUC-JGZ(JR) |
| Plaintiff, | Case No. 24-01960M (JR) |
| vs. | |
| Joe Martinez, | WAIVER OF INDICTMENT |
| Defendant. | |

The above-named defendant, who is accused of one or more offenses punishable by imprisonment for more than one year, being advised of the nature of the proposed charge(s) and of his rights, waives in open court prosecution by indictment and consent to prosecution by information.

_/s/ Joe Martinez_
Joe Martinez
Defendant

_/s/ Enrique R Gonzales_
Enrique R Gonzales, Esq.
Counsel for Defendant

Date  5/11/24