

☒ FILED    ☐ LODGED

**Oct 07 2025**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

# UNITED STATES DISTRICT COURT
## for
## Arizona
## Petition for Warrant to Revoke Supervised Release

T-SEALED

| | | | |
|---|---|---|---|
| Name of Offender: | **Joe David Martinez Jr.** | Case No.: | **CR-24-02637-001-TUC-JGZ (JR)** |

Name of Judicial Officer: **The Honorable Jennifer G. Zipps**
**Chief United States District Judge**

Date of Original Sentence: **8/16/2024**

Original Offense: **Count 1: Transportation of Illegal Aliens for Profit, violating Title 8, U.S.C. §§1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i), a Class C Felony**

Original Sentence: **13 months and 1 day Bureau of Prisons, 36 months supervised release**

Type of Supervision: **Supervised Release**    Date Supervision Commenced: **4/2/2025**
Date Supervision Expires: **4/1/2028**

Assistant U.S. Attorney: **Christine Anne Melton**    Defense Attorney: **Enrique R. Gonzales**
**520-620-7416**    **520-377-8749**

---

Petitioning the Court to issue a Warrant to Revoke Supervised Release

The probation officer alleges Joe David Martinez Jr. has violated the following condition(s) of supervision:

| Allegation | Nature of Noncompliance |
|---|---|
| A | **Standard Condition #3** which states, You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer. |

On or about September 19, 2025, Martinez Jr. left the federal judicial district without permission. Specifically, on this date Martinez Jr. had police contact with Ontario Police Department in California where he was a passenger in a vehicle that was stopped for a traffic violation. This is evidenced by Ontario Polcie Department No.: 250900755 and the testimony of the probation officer. Grade C violation. §7B1.1(a)(3)

CC: AUSA: C. Melton, PO, USM                Copies distributed

B        **Standard Condition #5** which states, You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

On or about August 5, 2025, Martinez Jr. moved without permission. Specifically, Martinez Jr. reported he was residing at his employer's workshop location. On August 2, 2025, a residence contact was attempted by the probation officer and the owner confirmed Martinez Jr. had not been staying there. A second verification of this matter was confirmed on October 2, 2025, after the probation officer spoke to the owner on the phone to which he confirmed Martinez Jr. does not live or work for his company anymore. This is evidenced by the testimony of the probation officer. Grade C violation. §7B1.1(a)(3)

C        **Standard Condition #7** which states, You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

On or about August 5, 2025, Martinez Jr. did not report a change in employment within 72 hours of the change. Specifically, on or about October 2, 2025, the probation officer contacted the owner, Emmanuel, of Two Stallions Collision and Auto, where he confirmed the Martinez Jr. does not work for him anymore since on or about August 2, 2025. This is evidenced by the testimony of the probation officer. Grade C violation. §7B1.1(a)(3)

D        **Standard Condition #8** which states, You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

On or about September 19, 2025, Martinez Jr. knowingly associated with a convicted felon. Specifically, Martinez Jr. was a passenger in a vehicle that was pulled over by Ontario Police Department in California, where the operator of the vehicle, Keith Miller, was arrested for outstanding felony warrants and for possession of methamphetamine. This is evidenced by Ontario Polcie Department No.: 250900755 and the testimony of the probation officer. Grade C violation. §7B1.1(a)(3)

E        **Standard Condition #9** which states, If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.

        1. On or about September 22, 2025, Martinez Jr. did not report law enforcement contact within 72 hours. Specifically, on or about September 19, 2025, Martinez Jr. had police contact with Ontario Police Department in California where he was a passenger in a vehicle that was stopped for a traffic violation. This is evidenced by Ontario Polcie Department No.: 250900755 and the testimony of the probation officer. Grade C violation. §7B1.1(a)(3)

        2. On or about July 25, 2025, Martinez Jr. did not report law enforcement contact within 72 hours. Specifically, Martinez Jr. had police contact with Tohono O'dham Police Department as he was a passenger in a vehicle that was stopped for trespassing. This is evidenced by Tohono O'dham Police Report No.: #25-072209 and the testimony of the probation officer. Grade C violation. §7B1.1(a)(3)

F        **Special Condition #1** which states, You must participate as instructed by the probation officer in a program of substance abuse treatment, which may include testing for substance abuse. If substance use treatment includes inpatient treatment and you object, the probation officer must seek court authorization first. You must contribute to the cost of treatment in an amount to be determined by the probation officer.

        On or about August 21, 2025, Martinez Jr. was unsuccessfully discharged from treatment, failing to participate in a program of substance abuse treatment as instructed by the probation officer. Specifically, Crossroads discharged Martinez Jr. after not attending his scheduled Intensive Outpatient groups. This is evidenced by Crossroads treatment center and the testimony of the probation officer. Grade C violation. §7B1.1(a)(3)

G        **Mandatory Condition #3** which states, You must refrain from any unlawful use of a controlled substance. The use or possession of marijuana, even with a physician's certification, is not permitted. Unless suspended by the Court, you must submit to one drug test within 15 days of release and at least two periodic drug tests thereafter, as determined by the court.

        On or about April 14, 2025, Martinez Jr. used an illicit substance to wit, cocaine. This is evidenced by a positive drug test, Martinez's written and verbal admission and the testimony of the probation officer. Grade C violation. §7B1.1(a)(3

**U.S. Probation Officer Recommendation and Justification**

Joe David Martinez Jr. has violated the trust of the Court. A warrant is recommended to initiate revocation proceedings as Joe David Martinez Jr.'s whereabouts are unknown, he is a flight risk, and he will likely not appear on a summons.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge:

_____        10/6/2025
/for/Sarah L. Schabron                  Date
U.S. Probation Officer
Office: 602-322-7486
Cell: 602-377-3474

_____        10/6/2025
Joseph Wagoner                          Date
Supervisory U.S. Probation Officer
Office: 602-682-4313
Cell: 602-819-6103


The Court Orders

☐       No Action

☑       The Issuance of a Warrant

☐       The Issuance of a Summons

☐       Other

_____        10/7/2025
The Honorable Jennifer G. Zipps         Date
Chief United States District Judge