AO 442 (Rev. 11/11) Arrest Warrant (Page 1)

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| United States of America | ) |
|---|---|
| v. | ) Case No. CR-24-02637-001-TUC-JGZ (JR) |
| Joe David Martinez, Jr | ) |
| Defendant | ) |

## ARREST WARRANT

**To:** Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay

*(name of person to be arrested)* Joe David Martinez, Jr,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18:3583: Violation of Supervised Release conditions imposed by Chief United States District Judge Jennifer G. Zipps on August 16, 2024.

Date: October 7, 2025

*Issuing officer's signature*

City and state: Tucson, Arizona

Selina Coronado, Deputy Clerk
*Printed name and title*

s/ Debra D. Lucas, Clerk

### Return

This warrant was received on (date) 10/7/25, and the person was arrested on (date) 10/16/25
at (city and state) Sells, AZ.

Date: 10/20/25

Subject arrested by CBP and initialed on 10/20/25 in the District of Arizona.

*Arresting officer's signature*

*Printed name and title*

cc: AUSA: C. Melton, PO, USM