TIMOTHY COURCHAINE
United States Attorney
District of Arizona
AUSTIN L. FENWICK
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Tele: 520-620-7300
Email: austin.fenwick@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | 4:24-cr-02637-JGZ(JR) |
| Plaintiff, | |
| vs. | NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL |
| Joe David Martinez, Jr, | |
| Defendant. | |

The United States of America, by and through its undersigned attorneys, gives notice that Austin L. Fenwick files his appearance as counsel for the United States of America in the above-captioned matter, in place of Christine A. Melton.

Respectfully submitted this 3rd day of November, 2025.

TIMOTHY COURCHAINE
Acting United States Attorney
District of Arizona

*s/Austin L. Fenwick*

AUSTIN L. FENWICK
Assistant U.S. Attorney

Copy of the foregoing served this 3rd day of November, 2025 to:

ALL ECF PARTICIPANTS.